| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CURTIS ALLEN GARRISON, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:24-CV-199
§
ORANGE COUNTY COURTHOUSE, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Curtis Allen Garrison, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for temporary restraining order be denied. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#21) is **ADOPTED**. The motion for a temporary restraining order (#6) is **DENIED**.

**Signed this date**

**Feb 27, 2025**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE